UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D'ANGELO,

       Plaintiff,

                                                                     Case No. 1:05-cv-004

v.

                                                                     Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On January 4, 2007, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).  No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.  Therefore, the court hereby approves and adopts the R & R as the decision of the court.

      The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g)**.

Dated: January 22, 2007                                                              /s/ Wendell A. Miles
                                                                                             Wendell A. Miles
                                                                                            Senior U.S. District Judge